ISAAC SCHNEIERSON, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.